UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELE FIGUEROA,

                                    Plaintiff,                        20-CV-04382 (CM) (SN)

             -against-                                            **ORDER**

ZZ LASHES, INC., et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On March 1, 2021, the parties appeared before the Court for a discovery conference. As discussed at the conference, the Defendant Oberoi shall respond to the Plaintiff's discovery demands by March 5, 2021, which should include written answers to the Plaintiff's requests detailing what documents will be produced, what documents are unavailable, and what documents are available but will not be produced, and for what reasons, as required under Federal Rule of Civil Procedure 26. In addition, Oberoi may serve discovery demands on the Plaintiff and is urged to contact the New York Legal Assistance Clinic for help in crafting such requests.[1] Fact discovery will close April 19, 2021, and the Plaintiff shall move for default against the corporate defendants by that same date.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

Dated:        New York, New York
                March 1, 2021

---

[1] More information on the clinic is available at https://nysd.uscourts.gov/attorney/legal-assistance