UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELE FIGUEROA,

                                Plaintiff,                    20-CV-04382 (CM) (SN)

               -against-                                              **ORDER**

ZZ LASHES, INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 23, 2021, the parties appeared before the Court for a discovery conference. On that call, the parties were directed to file a joint status letter on May 20, 2021. To date, no letter has been filed. Accordingly, the parties are directed to file a joint status letter no later than June 1, 2021.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                               United States Magistrate Judge

Dated:     New York, New York
             May 27, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2021