UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHELE FIGUEROA,

                      **Plaintiff,**

        -against-

ZZ LASHES, INC., et al.,

                      **Defendants.**

------------------------------------------------------------------X

20-CV-04382 (CM) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A telephonic conference is scheduled for June 10, 2021, at 2:00 p.m. to discuss the issues raised in the Plaintiff's status letter. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Respectfully, the Clerk of Court is directed to mail a copy of this Order to Defendant Oberoi.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    New York, New York
            June 7, 2021