UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHELE FIGUEROA,

                               **Plaintiff,**                        20-CV-04382 (CM) (SN)

        -against-                                       **ORDER**

ZZ LASHES, INC., et al.,

                             **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On June 10, 2021, the parties appeared before the Court for a discovery conference. As discussed at the conference: (1) the parties shall review each other's discovery requests and provide all responsive documents no later than June 17, 2021; (2) the parties shall meet and confer to schedule Mr. Oberoi's remaining deposition, and Plaintiff's deposition no later than June 17, 2021; and (3) the parties will each submit a status letter no later than June 18, 2021, confirming the exchange of discovery documents and deposition schedules.

        All discovery shall be completed by July 18, 2021. Motions for summary judgment shall be filed before Judge McMahon no later than August 18, 2021.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

Dated:        June 10, 2021
                New York, New York