UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELE FIGUEROA,

                    **Plaintiff,**                    20-CV-04382 (CM) (SN)

    -against-                                    **ORDER**

ZZ LASHES, INC., et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 20, 2021, the parties appeared before the Court for a discovery conference. As discussed, the Court ordered dates for the following depositions: Mr. Oberoi shall make himself available for a seven-hour deposition on Monday, August 2, 2021. Ms. Figueroa shall make herself available for a seven-hour deposition on Friday, August 6, 2021. The Plaintiff's request for sanctions is denied but may be renewed if Mr. Oberoi fails to appear for his full deposition.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

Dated: July 20, 2021
        New York, New York