```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELE FIGUEROA,

                            **Plaintiff,**                    20-CV-04382 (CM) (SN)

   -against-                                          **ORDER**

ZZ LASHES, INC., et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 10, 2021, the Court ordered that the parties file any motions for summary judgment before Judge McMahon no later than August 18, 2021. As that deadline has now passed, no motions for summary judgment will be accepted. The parties are directed to file their Joint Pretrial Order, in accordance with Judge McMahon's Individual Rules of Practice, no later than September 30, 2021. A copy of the form Joint Pretrial Order is attached.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

Dated:  August 26, 2021
           New York, New York