UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELE FIGUEROA,

                              Plaintiff,                           20-CV-04382 (CM)(SN)

        -against-                                                        **ORDER**

ZZ LASHES INC. et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference to discuss the status of this case, specifically the parties' overdue filing of either a Joint Pretrial Order or fully executed settlement agreement, is scheduled for Wednesday, January 26, 2022, at 2:30 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

SO ORDERED.

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      January 21, 2022
                 New York, New York